UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JACKSON LEWIS P.C.
*ATTORNEYS FOR DEFENDANTS*
58 South Service Road, Suite 250
Melville, New York 11747
(631) 247-0404

---

DEBORAH CAPILUPI, individually and on behalf of all others similarly situated, as Class/Collective representative,

      Plaintiff,

- against -

PEOPLE'S UNITED FINANCIAL, INC., and PEOPLE'S UNITED BANK,

      Defendants.

---

VIA ECF

Case No.: 15-05247

(JMA) (AYS)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Defendants, PEOPLE'S UNITED FINANCIAL, INC., and PEOPLE'S UNITED BANK, have retained Jackson Lewis P.C. as attorney for said Defendants, and demand that a copy of all papers in this action be served upon their counsel at the office and post office address stated below. Attorney who should receive such service and notice is:

      Ana C. Shields

Dated: Melville, New York
   September 15, 2015

      Respectfully submitted,

      JACKSON LEWIS P.C.
      *ATTORNEYS FOR DEFENDANTS*
      58 South Service Road, Suite 250
      Melville, New York 11747
      (631) 247-0404

  By: _____
     ANA C. SHIELDS, ESQ.