## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

JACKSON LEWIS P.C.
*ATTORNEYS FOR DEFENDANTS*
58 South Service Road, Suite 250
Melville, New York  11747
(631) 247-0404

--------------------------------------------------------x   *VIA ECF*

DEBORAH CAPILUPI, individually and
on behalf of all others similarly situated,
as Class/Collective representative,

                                        Plaintiff,          Case No.: 15-05247

                    - against -                             (JMA) (AYS)

PEOPLE'S UNITED FINANCIAL, INC.,
and PEOPLE'S UNITED BANK,

                                        Defendants.
--------------------------------------------------------x

## NOTICE OF APPEARANCE

          PLEASE   TAKE   NOTICE   THAT   Defendants,   PEOPLE'S   UNITED

FINANCIAL, INC., and PEOPLE'S UNITED BANK, have retained Jackson Lewis P.C. as

attorney for said Defendants, and demand that a copy of all papers in this action be served upon

their counsel at the office and post office address stated below.  Attorney who should receive

such service and notice is:


                              Noel P. Tripp

Dated: Melville, New York
          September 16, 2015

                                        Respectfully submitted,

                                        JACKSON LEWIS P.C.
                                        *ATTORNEYS FOR DEFENDANTS*
                                        58 South Service Road, Suite 250
                                        Melville, New York 11747
                                        (631) 247-0404

                        By:        s/
                                        NOEL P. TRIPP, ESQ.

4817-0481-4632, v. 1