

August 4, 2016

<u>**Via ECF**</u>
The Honorable Joan M. Azrack, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    *Capilupi v. People's United Financial, Inc., et al.*
              **Case No. 15 Civ. 5247 (JMA) (AYS)**

Dear Judge Azrack:

      Along with Shavitz Law Group and Shulman Kessler LLP, we represent Plaintiffs and Opt-In Plaintiffs in the above-referenced putative class and collective action. We write jointly with counsel for Defendants to respectfully request an extension of time from August 5, 2016 to August 22, 2016 to submit the motion for preliminary approval of the parties' settlement. The parties have exchanged drafts of the class/collective action settlement agreement and class notice. The parties require additional time to finalize documents and anticipate doing so shortly. This is the parties' fourth request for an extension.

      We thank the Court for its consideration of this matter.

                                                  Respectfully submitted,

                                                    Justin M. Swartz

cc:    All counsel (via ECF)

**New York**  3 Park Avenue  29th Floor  New York, NY 10016  Tel (212) 245-1000 Fax (646) 509-2060
**Chicago**  161 N Clark Street  Suite 4700  Chicago, IL 60601  Tel (312) 809-7010 Fax (312) 809-7011
**San Francisco**  One Embarcadero Street  38th Floor  San Francisco, CA 94111  Tel (415) 638-8800 Fax (415) 638-8810

www.outtengolden.com