UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DEBORAH CAPILUPI and JOSE VALETTE,** individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**PEOPLE'S UNITED FINANCIAL, INC., and PEOPLE'S UNITED BANK,**<br><br>Defendants. | Case No.:<br>15 Civ. 5247 (JMA) (AYS) |

## NOTICE OF PLAINTIFFS' MOTION FOR APPROVAL OF SERVICE AWARDS

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Approval of Service Awards, in the Declaration of Justin M. Swartz in Support of Plaintiffs' Motions for Approval of Attorneys' Fees and Reimbursement of Expenses and Approval of Service Awards ("Swartz Declaration"), and the supporting exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order approving service awards of $9,000.00 each to Named Plaintiffs Deborah Capilupi and Jose Valette ("Named Plaintiffs"), and to Opt-In Plaintiffs William Sharp, Amoy Moo, Elizabeth Morla, Moussart Belizaire, and Michelle Augustino ("Opt-In Plaintiffs") (together, "Plaintiffs"), in recognition of the services they rendered on behalf of the Class Members.

| | |
|---|---|
| Dated: October 19, 2017<br>New York, New York | Respectfully submitted,<br>**OUTTEN & GOLDEN LLP**<br><br>/s/ Justin Swartz<br>Justin M. Swartz<br>Deirdre A. Aaron<br>Cheryl-Lyn D. Bentley<br>685 Third Avenue, 25th Floor<br>New York, New York 10017<br>Telephone: (212) 245-1000<br>Facsimile: (646) 509-2060<br><br>SHAVITZ LAW GROUP, P.A.<br>Gregg I. Shavitz (admitted *pro hac vice*)<br>1515 South Federal Highway, Suite 404<br>Boca Raton, Florida 33432<br>Tel: (561) 447-8888<br>Fax: (561) 447-8831<br><br>SHAVITZ LAW GROUP, P.A.<br>Michael J. Palitz<br>830 Third Avenue, 5th Floor<br>New York, New York 10022<br>Tel: (800) 616-4000<br><br>SHULMAN KESSLER LLP<br>Troy L. Kessler<br>Garrett Kaske<br>564 Broadhollow Road, Suite 275<br>Malville, New York 11747<br>Tel: (631) 499-9100<br>Fax: (631) 499-9120<br><br>***Attorneys for Plaintiffs, the Class, and the Collective*** |