UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH CAPILUPI and JOSE VALETTE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PEOPLE'S UNITED FINANCIAL, INC., and PEOPLE'S UNITED BANK,<br><br>Defendants. | Case No.:<br>15 Civ. 5247 (JMA) (AYS) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR
APPROVAL OF SERVICE AWARDS**

This matter comes before the Court on the Parties' Motion for Approval of Service Awards. The Court, having considered the Parties' Settlement Agreement and Release (the "Settlement Agreement"), the papers in support of the Declaration of Justin M. Swartz in Support of Plaintiffs' Motions for Approval of Attorneys' Fees and Reimbursement of Expenses and Approval of Service Awards ("Swartz Declaration") and all other materials properly before the Court, and having conducted an inquiry pursuant to Section 216(b) of the Fair Labor Standards Act of 1938 and Rule 23 of the Federal Rules of Civil Procedure, HEREBY FINDS AND ORDERS as follows:

1. Unless otherwise defined herein, all terms used in this order (the "Order Granting Service Awards") will have the same meaning as defined in the Settlement Agreement.

2. The Court finds that final approval of Service Awards in the amount of Nine Thousand Dollars ($9,000.00) each to Named Plaintiffs Deborah Capilupi and Jose Valette ("Named Plaintiffs"), and to Opt-In Plaintiffs William Sharp, Amoy Moo, Elizabeth Morla,

2

Moussart Belizaire, and Michelle Augustino ("Opt-In Plaintiffs") (together, "Plaintiffs") for their service and assistance in the prosecution of the Litigations.

   3.  The Settling Parties are ordered to carry out the Settlement according to the terms of the Settlement Agreement.

   4.  The Court shall have exclusive and continuing jurisdiction over this action for the purposes of supervising the implementation, enforcement, construction, administration, and interpretation of the Stipulation and this Order Granting Service Awards.

   5.  This document shall constitute a judgment for purposes of Rule 58 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**.

DATED: _____, 2017   _____
               Honorable Joan M. Azrack
               United States District Judge