UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH CAPILUPI and JOSE VALETTE, on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br>     v.<br><br>PEOPLE'S UNITED FINANCIAL, INC., and PEOPLE'S UNITED BANK,<br><br>                              Defendants. | No. 15 Civ. 5247 (JMA) (AYS) |

**NOTICE OF PLAINTIFFS' MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, AND APPROVAL OF THE FLSA SETTLEMENT**

For the reasons set forth in Plaintiffs' Memorandum of Law in Support of their Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement and in the Declaration of Justin M. Swartz ("Swartz Decl.") and accompanying exhibits, Plaintiffs respectfully request that the Court enter an Order:

(1)   granting final certification of the settlement class;

(2)   granting final approval of the Settlement Agreement and Release, attached as Exhibit A to the Swartz Decl.;

(3)   granting approval of the FLSA settlement; and

(4)   granting such other, further, or different relief as the Court deems just and proper.

\*          \*          \*

Plaintiffs have submitted a Proposed Order, attached hereto as **Exhibit A**, for the Court's convenience.

Dated: January 22, 2018
New York, New York

    Respectfully submitted,

    **OUTTEN & GOLDEN LLP**
    By:

    */s/   Justin M. Swartz*
    Justin M. Swartz
    Deirdre Aaron
    Cheryl-Lyn Bentley
    **OUTTEN & GOLDEN LLP**
    685 Third Avenue, 25th Floor
    New York, New York 10017
    Telephone: (212) 245-1000

    **SHAVITZ LAW GROUP, P.A.**
    Gregg I. Shavitz (admitted *pro hac vice*)
    1515 South Federal Highway, Suite 404
    Boca Raton, Florida 33432
    Tel:   (561) 447-8888
    Fax:   (561) 447-8831

    **SHAVITZ LAW GROUP, P.A.**
    Michael J. Palitz
    830 3rd Avenue, 5th Floor
    New York, New York 10022
    Tel:   (800) 616-4000

    **SHULMAN KESSLER LLP**
    Troy L. Kessler
    Marijana Matura
    Garrett Kaske
    534 Broadhollow Road, Suite 275
    Melville, New York 11747
    Tel:   (631) 499-9100
    Fax:   (631) 499-9120

    *Class Counsel*